IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-149-KDB-DCK

| | |
|---|---|
| KURT BUSCH, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| LLOYDS UNDERWRITER SYNDICATE NO. 4444 CNP A12055BAA, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Amended Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Local Counsel Adam L. Ross on June 28, 2024.

Applicant Adam B. Kutinsky seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Amended Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Adam B. Kutinsky is hereby admitted *pro hac vice* to represent Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: July 1, 2024

David C. Keesler
United States Magistrate Judge