IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-149-KDB-DCK

| | |
|---|---|
| KURT BUSCH, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| LLOYDS UNDERWRITER SYNDICATE NO. 4444 CNP A12055BAA, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Local Counsel Kevin M. O'Brien on July 12, 2024.

Applicant Andrew A. Beerworth seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Andrew A. Beerworth is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: July 12, 2024

David C. Keesler
United States Magistrate Judge