## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CASE NO. 5:24-CV-149-KDB-DCK

| | | |
|---|---|---|
| KURT BUSCH, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| LLOYDS UNDERWRITER SYNDICATE | ) | |
| NO. 4444 CNP A12055BAA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 30) filed by Local Counsel Adam L. Ross on September 26, 2024.

Applicant Sara Beth Wykoff seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 30) is **GRANTED**. Sara Beth Wykoff is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge